2004R00163/JNM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. WILLIAM H. WALLS |
| v. | : | CRIMINAL NO. 04-00040(WHW) |
| TROY BELL | : | ORDER |

This matter having been opened to the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (Joseph N. Minish, Assistant U.S. Attorney, appearing), and having moved before the Honorable William H. Walls, United States District Judge, for an Order that the sentence previously imposed on defendant Troy Bell be reduced pursuant to Fed. R. Crim. P. 35(b)(2)(B);

AND THE COURT having granted the motion;

IT IS on this 18 day of November, 2008,

ORDERED that the term of incarceration previously imposed on defendant Troy Bell is hereby reduced from 100 months to time served.

ORDERED that the term of supervised release previously imposed on defendant Troy Bell is hereby reduced from 4 years to 2 years.

ORDERED that all other terms of the sentence remain the same.

_____
Honorable William H. Walls
United States District Judge