PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Troy Bell  **Docket Number:** 04-00040-001
**PACTS Number:** 32984

**Name of Sentencing Judicial Officer:** Honorable William H. Walls
United States District Judge

**Date of Original Sentence:** 11/03/04

**Original Offense:** Conspiracy to Import Cocaine

**Original Sentence:** Imprisonment - 100 months; Supervised Release - 4 years; Special Assessment - $100; Fine - $500

**Date of Re-Sentence:** 11/18/08

**Re-Sentence:** Imprisonment - Time served; Supervised Release - Reduced from 4 years to 2 years; Special Assessment - $100; Fine - $500

**Violation of Supervised Release:** 04/05/12: Continuance sought by the Government and consented to by the Court. Hearing adjourned until 07/10/12.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 06/12/11

**Assistant U.S. Attorney:** Jonathan Romankow  **Defense Attorney:** John H. Yauck, Esq.

## PETITIONING THE COURT

This petition amends the petition dated 02/16/12 (and signed by Your Honor on 03/14/2012), to add additional violations of supervised release. VIOLATION NUMBERS 1 THRU 3 WERE IN THE 02/16/12 PETITION. VIOLATION NUMBERS 4 and 5 HAVE BEEN ADDED. We are requesting that the additional charges be added and that a warrant be issued.

[X] To add charge(s) AND to issue a warrant
[ ] To issue a warrant
[ ] To issue a summons

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states 'Upon release from imprisonment, the defendant shall report in person to the Probation Office in the district to which he was released.'<br><br>On June 12, 2011, the offender was released from a State of New Jersey term of imprisonment. Subsequent to release from imprisonment to a New Jersey address, the offender failed to report in person to the Probation Office for the District of New Jersey. |

2       The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**

On November 11, 2011, the offender was arrested by the Holmdel, New Jersey, Police Department and charged with shoplifting. He was released on a personal recognizance bond, pending further court action. At this time, based on the value of the merchandise (over $1,000), the charge has been referred for Indictment with the Superior Court of New Jersey, Monmouth vicinage, and it remains pending.

3       The offender has violated the supervision condition which states **'You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.'**

On December 27, 2011, the offender signed on with the Federal Bureau of Investigation to become an informant, doing so without the permission of the United States Probation Office or the Court.

4       The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**

On June 19, 2012, the undersigned officer received information from law enforcement that the offender is alleged to have been involved in the unauthorized possession of at least one firearm. As such, on June 19, 2012, an arrest warrant was issued by the Neptune, New Jersey Police Department.

5       The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

On June 19, 2012, the undersigned became aware that the offender may have become an absconder from supervision. Efforts by law enforcement officials and the probation officer to locate the offender have been unsuccessful. His whereabouts are currently unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Carolyn S. Johnson
U.S. Probation Officer
Dated: 06/26/12

---

THE COURT ORDERS:

[✓] The addition of new charge(s) AND the issuance of a warrant
[ ] The Issuance of a Summons. Date of Hearing _____
[ ] Other

Signature of Judicial Officer

July 5, 2012
Date